MANINDER BHUGRA, Appellant, v MASSACHUSETTS CASUALTY INSURANCE COMPANY et al., Respondents.

Decided October 23, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

CADLEROCK JOINT VENTURE, L.P., Respondent, v SOL GREENBERG & SONS INTERNATIONAL, INC., et al., Defendants. JOSEPH SAHID, ESQ., Nonparty Appellant.

Submitted August 13, 2012; decided October 23, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of RICHARD E. DUTROW, Appellant, v NEW YORK STATE RACING AND WAGERING BOARD, Respondent.

Decided October 23, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.